BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone: (415) 436-7700

Counsel for Defendant SWENSON

FILED
MAY 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 07-0158 SI (EDL) |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| JONATHAN ELLIOT SWENSON, | ) |
| Defendant. | ) |

1   The parties stipulate and jointly request that, in light of the fact that adequate property has been
2   posted to secure the bond in the above-captioned case, the condition of residence in a half-way house
3   should be deleted and Defendant Jonathan Swenson should be released from custody forthwith. All
4   other conditions to remain the same.
5   IT IS SO STIPULATED.

SCOTT SCHOOLS
United States Attorney

DATED:   05/23/07

_____/s/_____
ROBERT REES
Assistant United States Attorney

DATED:   05/23/07

_____/s/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Jonathan Elliot Swenson

14   FOR GOOD CAUSE SHOWN, Defendant Jonathan Elliott Swenson shall be released from
15  custody forthwith and the condition of residence in a half-way house is deleted.
16  IT IS SO ORDERED.
17  DATED: 5/23/07

_____
NANDOR J. VADAS
United States Magistrate Judge

STIP. & PROP. ORDER                             - 1 -