| | |
|---|---|
| 1 | BARRY J. PORTMAN<br>Federal Public Defender |
| 2 | DANIEL P. BLANK<br>Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant SWENSON |

FILED
MAY 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 07-0158 SI (EDL) |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF RELEASE |
| JONATHAN ELLIOT SWENSON, | ) | |
| Defendant. | ) | |

1   The parties stipulate and jointly request that Defendant Jonathan Elliot Swenson's conditions
2   of pretrial release be modified to permit him to travel to and within the Southern District of Texas, in
3   which the residence of his mother is located.
4   IT IS SO STIPULATED.

SCOTT SCHOOLS
United States Attorney

7   DATED:   05/18/07
           _____/s/_____
           ROBERT REES
8          Assistant United States Attorney

10  DATED:   05/18/07
           _____/s/_____
           DANIEL P. BLANK
11         Assistant Federal Public Defender
           Attorney for Jonathan Elliot Swenson

13  IT IS SO ORDERED.
14  DATED: 5/23/07

~~ELIZABETH D. LAPORTE~~
United States Magistrate Judge
NANDOR J. VADAS

STIP. & PROP. ORDER                - 1 -