SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6838
Facsimile:  (415) 436-7234
tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONATHAN SWENSON, ) <br> ) <br> Defendant. ) <br> _____) | No.  CR 07-00158 SI <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME <br> 18 U.S.C. §3161(h)(8)(A) & (B) <br><br> SAN FRANCISCO VENUE |

With the agreement of the parties in open court on June 8, 2007, the Court enters this order excluding time under the Speedy Trial Act from June 8, 2007, to July 13, 2007, the next hearing date. The parties agree, and the Court finds and holds, as follows:

1. Swenson has been charged in the indictment with one count of Possession of Child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).  He is out of custody on a $100,000 secured bond.

2. Discovery has been produced to the defendant.  As defense counsel advised the Court, the continuance is necessary for effective preparation, because there are numerous computer images which defense counsel has inspected, but due to the number of images, counsel would like another

STIPULATION AND [PROP.] ORDER
CR 07-00158

opportunity to view, inspect or examine the images in the presence of law enforcement as mandated by the Adam Walsh Act. According to defense counsel, continuing the case until July 13, 2007, is necessary to review the evidence and evaluate the case.

3. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance would unreasonable deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). Finally, the parties agree, and the Court finds, that the ends of justice served by excluding the period from June 8, 2007, to July 13, 2007, outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(A).

4. Accordingly, the Court sets a new hearing date on July 13, 2007, and order that the period from June 8, 2007, to July 13, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO STIPULATED**.

DATED: June 11, 2007                    /s/ Tamara Weber
                                        TAMARA WEBER
                                        Special Assistant United States Attorney

DATED: June 11, 2007                    /s/ Daniel P. Blank
                                        DANIEL P. BLANK
                                        Assistant Federal Public Defender

**IT IS SO ORDERED**. The parties shall appear on July 13, 2007 at 11:00 a.m. for Status Conference. The time from June 8, 2007 to July 13, 2007 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.

DATED:_____           _____
                                        THE HON. SUSAN ILLSTON
                                        United States District Judge