1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,                  )
9                                          )    No. CR 07-0158 SI
                      Plaintiff,           )
10                                         )    **[PROPOSED] ORDER
                 v.                        )    EXONERATING BOND**
11                                         )
JONATHAN ELLIOT SWENSON,                   )
12                                         )
                      Defendant.           )
13    _____)

14

15         The bond previously posted and secured by N. Jean Swenson with property located at 4533

16   O'Casey Drive, Corpus Christi, Texas 78413 is hereby EXONERATED.  The lien against the

17   sureties' property can be lifted.

18

19         IT IS SO ORDERED.

20

21

22   DATED:                        _____
                                   HONORABLE SUSAN ILLSTON
23                                 UNITED STATES DISTRICT COURT JUDGE

24

25

26

[PROPOSED] ORDER EXONERATING BOND